B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of California

In re  **Plaza Village Senior Living, LLC**                              Case No.  **13-02723**
                                                         Debtor(s)       Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Coast Contracting Corp<br>P.O. BOX 2003<br>Del Mar, CA 92014 | Coast Contracting Corp<br>P.O. BOX 2003<br>Del Mar, CA 92014 | Construction debt owed by the LLC | | 203,098.69 |
| Gershman Mortgage<br>7 N Bemiston<br>Saint Louis, MO 63105 | Gershman Mortgage<br>7 N Bemiston<br>Saint Louis, MO 63105 | Building and land located at 950 L Avenue National City, CA 91950 | | 12,500,000.00<br><br>(10,700,000.00 secured) |
| IDS<br>4422 Donald Ave.<br>San Diego, CA 92117 | IDS<br>4422 Donald Ave.<br>San Diego, CA 92117 | Loan to LLC | | 42,011.52 |
| Pacific Horizon Mortgage Inv<br>c/o Pacific Horizon Financial,<br>10920 Via Frontera, Suite 230<br>San Diego, CA 92127 | Tom Bedell<br>Pacific Horizon Mortgage Inv<br>c/o Pacific Horizon Financial,<br>10920 Via Frontera # 230<br>San Diego, CA 92127 | Promissory note | Disputed | 2,959,122.15 |
| Thomas Rice<br>2336 Montgomery<br>Cardiff by the Sea, CA 92007 | Thomas Rice<br>2336 Montgomery<br>Cardiff by the Sea, CA 92007 | Loans to the LLC | | 47,013.71 |

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                                                                                         Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re  **Plaza Village Senior Living, LLC**  
            Debtor(s)

Case No.  **13-02723**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **March 20, 2013**            Signature  **/s/ B. Darryl Clubb**  
                                                    **B. Darryl Clubb**  
                                                    **Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.