CSD 1100 [03/04/13]
Name, Address, Telephone No. & I.D. No.

Andrew H. Griffin, III, Esq. S.B.N. 108378
Law Offices of Andrew H. Griffin, III
275 E. Douglas Avenue, Suite 112
El Cajon, California 92020
Tel. (619) 440-5000

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Plaza Village Senior Living, LLC,

Debtor.

BANKRUPTCY NO. 13-02723-LA11

## AMENDMENT

Presented herewith are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

[ ] Petition
[ ] Exhibit A to Voluntary Petition
[ ] Exhibit C to Voluntary Petition
[ ] Exhibit D - Individual Statement of Compliance with Credit Counseling
[ ] Summary of Schedules
[ ] Statistical Summary of Certain Liabilities and Related Data
[ ] Schedule A & B - Schedule of Real or Personal Property
[ ] Schedule C - Schedule of Property Claimed Exempt
[ ] Schedule D, E, or F, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
  [ ] Adding or deleting creditors (diskette required), changing amounts owed or classification of debt - $30.00 fee required. See instructions on reverse side.
  [ ] Correcting or deleting other information. See instructions on reverse side.
[ ] Schedule G - Schedule of Executory Contracts & Expired Leases
[ ] Schedule H - Schedule of Co-Debtor
[ ] Schedule I - Current Income of Individual Debtor(s)
[ ] Schedule J - Current Expenditure of Individual Debtor(s)
[✔] Statement of Financial Affairs
[ ] Statement of Current Monthly Income and Means Test Calculation (Form B22A)
[ ] Statement of Current Monthly Income (Form B22B)
[ ] Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Form B22C)
[ ] Other: ______________________

Dated: 3/25/2013

Signature /s/ Andrew H. Griffin, III, Esq.
Attorney for Debtor

## DECLARATION OF DEBTOR

I [We] Plaza Village Senior Living, LLC and ______________, the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of 23 pages, and on the creditor matrix diskette, if any, is true and correct to the best of my [our] information and belief.

Dated: 3/25/13 /s/ Plaza Village Senior Living, LLC
Debtor

______________________
Joint Debtor

Darryl Clubb, Managing Member of Plaza Village Senior Living, LLC

**REFER TO INSTRUCTIONS ON REVERSE SIDE**

## INSTRUCTIONS

A.   Each amended page is to be in the same form as the original but is to contain ONLY THE INFORMATION TO BE CHANGED OR ADDED.  Pages from the original document which are not affected by the change are <u>not</u> to be attached.

    1.   Before each entry, specify the purpose of the amendment by inserting:

        a.   "ADDED," if the information was missing from the previous document filed; or

        b.   "CORRECTED," if the information modifies previously listed information; or

        c.   "DELETED," if previously listed information is to be removed.

    2.   At the bottom of each page, insert the word "AMENDED."

    3.   Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee.  *If a Chapter 13 case*, serve a copy on the trustee; <u>DO NOT</u> serve a copy on the United States Trustee.

B.   Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (diskette required when Amendment submitted on paper) or if altering the status or amount of a claim.

### AMENDMENTS THAT FAIL TO FOLLOW THESE INSTRUCTIONS MAY BE REFUSED
### ** AMENDMENTS FILED <u>AFTER</u> THE CASE IS CLOSED ARE NOT ENTITLED TO A REFUND OF FEES **

### CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on _____ day of _____, 20____, I served a true copy of the within AMENDMENT by [describe here mode of service]

on the following persons [set forth name and address of each person served] and/or as checked below:

[   ]   Chpt. 7 Trustee:

| [   ] | For Chpt. 7, 11, & 12 cases: | [   ] | For ODD numbered Chapter 13 cases: | [   ] | For EVEN numbered Chapter 13 cases: |
|---|---|---|---|---|---|
| | UNITED STATES TRUSTEE<br>Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 | | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>530 "B" Street, Suite. 1500<br>San Diego, CA 92101 | | DAVID L. SKELTON, TRUSTEE<br>525 "B" Street, Suite 1430<br>San Diego, CA 92101-4507 |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _____
        (Date)

_____
(Typed Name and Signature)

_____
(Address)

_____
(City, State, ZIP Code)

B7 (Official Form 7) (12/12)

# United States Bankruptcy Court
## Southern District of California

In re   **Plaza Village Senior Living, LLC**                                    Case No.   **13-02723**

                                                    Debtor(s)                Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $135,243.10 | **2013: Business Income** |
| $1,475,817.62 | **2012: Business Income** |
| $1,467,395.13 | **2011: Business Income** |

---

**2. Income other than from employment or operation of business**

None

■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **112 Consultant**<br>**698 Conservation Way**<br>**Shepherdstown, WV 25443** | **1/16/2013** | **$555.68** | **$0.00** |
| **AFCO**<br>**5000 Letterkenny Rd.**<br>**Chambersburg, PA 17201** | **1/4/2013** | **$2,437.56** | **$0.00** |
| **AT&T Wireless**<br>**Attn:  National Correspondance Team**<br>**P.O. Box 6028**<br>**Cerritos, CA 90703-6028** | **1/4/2013.** | **$188.25** | **$0.00** |
| **Asher Business System**<br>**8491 Hospital Drive, Suite 187**<br>**Douglasville, GA 30134-2412** | **1/4/2013** | **$34.00** | **$0.00** |
| **Ecolab**<br>**9030 Kenamar Drive**<br>**San Diego, CA 92121** | **1/4/2013** | **$214.24** | **$0.00** |
| **Cox Cable**<br>**P.O. Box 659004**<br>**Chula Vista, CA 91910** | **1/4/2013** | **$1,280.88** | **$0.00** |
| **Cox Cable**<br>**P.O. Box 659004**<br>**Chula Vista, CA 91910** | **1/4/2013** | **$800.00** | **$0.00** |
| **\*FedEx**<br>**PO BOX 7221**<br>**Pasadena, CA 91109** | **1/4/2013** | **$19.12** | **$0.00** |
| **HD Supply**<br>**PO BOX 509058**<br>**San Diego, CA 92150** | **1/4/2013** | **$806.60** | **$0.00** |
| **HPSI Menu Service**<br>**1 Ada, Suite 150**<br>**Irvine, CA 92618** | **1/4/2013** | **$650.00** | **$0.00** |

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 7 (12/12)                                                                                    3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Kone, Inc.<br>1 Kone Ct,<br>Moline, IL 61265 | 1/4/2013 | $3,000.00 | $0.00 |
| Cintas Corporation<br>P.O. Box 686<br>Vista, CA 92029 | 1/4/2013 | $120.09 | $0.00 |
| 112 Consultant<br>698 Conservation Way<br>Shepherdstown, WV 25443 | 12/31/2012 | $69.46 | $0.00 |
| 112 Consultant<br>698 Conservation Way<br>Shepherdstown, WV 25443 | 11/30/2012 | $69.46 | $0.00 |
| Mountain Lakes Senior Living,<br>4712 Mountain Lakes Blvd<br>Suite 150<br>Redding, CA 96003 | 12/31/2012 | $8,428.74 | $0.00 |
| HD Supply<br>PO Box 509055<br>San Diego, CA 92150 | 12/12/2012 | $756.68 | $0.00 |
| Ricoh USA<br>70 Valley Stream Parkway<br>Malvern, PA 19355 | 1/9/2013 | $397.93 | $0.00 |
| Kone, Inc.<br>1 Kone Ct,<br>Moline, IL 61265 | 12/1/2012 | $1,217.34 | $0.00 |
| Cintas Corporation<br>P.O. Box 686<br>Vista, CA 92029 | 1/4/2013 | $120.09 | $0.00 |
| Cintas Corporation<br>P.O. Box 686<br>Vista, CA 92029 | 12/5/2012 | $120.09 | $0.00 |
| CBIZ, MHM<br>10616 Scripps Summit Court<br>San Diego, CA 92131 | 1/4/2013 | $3,000.00 | $0.00 |
| CBIZ, MHM<br>10616 Scripps Summit Court<br>San Diego, CA 92131 | 12/5/2012 | $1,000.00 | $0.00 |
| Premium Medical Transportation<br>606 Blackshaw Ln. #23<br>San Ysidro, CA 92173 | 1/4/2013 | $180.00 | $0.00 |
| Premium Medical Transportation<br>606 Blackshaw Ln. #23<br>San Ysidro, CA 92173 | 12/12/2012 | $185.00 | $0.00 |
| M&H Foodservice<br>7505 Britannia Ct<br>San Diego, CA 92154-7421 | 1/16/2013 | $74.50 | $0.00 |
| McKesson Medical<br>One Post Street<br>San Francisco, CA 94104 | 1/16/2013 | $329.47 | $0.00 |
| Keepsake Concepts<br>7128 Miramar Rd<br>San Diego, CA 92121 | 1/16/2013 | $800.00 | $0.00 |

B 7 (12/12)

4

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Quill Corp**<br>**100 Schelter Rd**<br>**Lincolnshire, IL 60069** | **1/30/2013** | **$21.76** | **$0.00** |
| **S&S Bakery**<br>**2545 Britannia Blvd.**<br>**San Diego, CA 92154** | **1/9/2013** | **$49.50** | **$0.00** |
| **US Foodservice**<br>**3565 Del Rey Street**<br>**San Diego, CA 92109** | **1/9/2013** | **$2,089.11** | **$0.00** |
| **Ron's Pharmacy**<br>**6225 Nancy Ridge Drive**<br>**San Diego, CA 92121** | **1/9/2013** | **$12.20** | **$0.00** |
| **San Diego Humane Society**<br>**5500 Gaines Street**<br>**San Diego, CA 92110** | **1/9/2013** | **$40.00** | **$0.00** |
| **SDI Mangement**<br>**P.O. Box 166**<br>**Rocklin, CA 95677** | **1/9/2013** | **$784.86** | **$0.00** |
| **Dept. Of Social Sevices**<br>**7575 Metropolitan Dr.**<br>**San Diego, CA 92108** | **1/16/2013** | **$1,445.00** | **$0.00** |
| **S&S Bakery**<br>**2545 Britannia Blvd.**<br>**San Diego, CA 92154** | **1/23/2013** | **$135.55** | **$0.00** |
| **S&S Bakery**<br>**2545 Britannia Blvd.**<br>**San Diego, CA 92154** | **1/4/2013** | **$146.15** | **$0.00** |
| **Quill Corp**<br>**100 Schelter Rd**<br>**Lincolnshire, IL 60069** | **1/4/2013** | **$467.92** | **$0.00** |
| **AFCO**<br>**5000 Letterkenny Rd.**<br>**Chambersburg, PA 17201** | **1/30/2013** | **$2,437.04** | **$0.00** |
| **HPSI Menu Service**<br>**1 Ada, Suite 150**<br>**Irvine, CA 92618** | **1/4/2013** | **$650.00** | **$0.00** |
| **G5 Marketing**<br>**550 NW Franklin Ave**<br>**Bend, OR 97701** | **1/9/2013** | **$295.35** | **$0.00** |
| **McKesson Medical**<br>**One Post Street**<br>**San Francisco, CA 94104** | **1/4/2013** | **$974.62** | **$0.00** |
| **SDG&E**<br>**P.O. Box 25111**<br>**Santa Ana, CA 92799-5111** | **1/4/2013** | **$7,201.23** | **$0.00** |
| **US Foodservice**<br>**3565 Del Rey Street**<br>**San Diego, CA 92109** | **1/4/2013** | **$4,650.93** | **$0.00** |
| **Continental Pacific Textiles**<br>**1240 Activity Drive # B**<br>**Vista, CA 92081** | **1/9/2013** | **$501.23** | **$0.00** |

B 7 (12/12)                                                                                              5

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Cox Cable<br>P.O. Box 659004<br>Chula Vista, CA 91910 | 1/9/2013 | $1,330.00 | $0.00 |
| Ecolab<br>9030 Kenamar Dr.<br>San Diego, CA 92121 | 1/9/2013 | $851.26 | $0.00 |
| Edco Disposal Services<br>6670 Federal Blvd<br>Lemon Grove, CA 91945 | 1/9/2013 | $221.82 | $0.00 |
| Gershman Morgage<br>2336 Montgomery<br>Cardiff by the Sea, CA 92007 | 1/9/2013 | $13,583.62 | $0.00 |
| M&H Food Source<br>7505 Britannia Court<br>San Diego, CA 92154 | 1/9/2013 | $168.95 | $0.00 |
| McKesson Medical<br>One Post Street<br>San Francisco, CA 94104 | 1/9/2013 | $369.57 | $0.00 |
| Scott Parloh<br>8516 Highwood Drive<br>San Diego, CA 92119 | 1/9/2013 | $75.00 | $0.00 |
| Premium Medical Transportation<br>270 E. Douglas Avenue, Suite 101<br>El Cajon, CA 92020 | 1/9/2013 | $75.00 | $0.00 |
| S&S Bakery<br>2545 Britannia Blvd.<br>San Diego, CA 92154 | 1/9/2013 | $131.50 | $0.00 |
| Vitals Software<br>2250 N. Rock Road, Suite 118-111<br>Wichita, KS 67226 | 1/9/2013 | $100.00 | $0.00 |
| Mountain Lakes Senior Living,<br>4712 Mountain Lakes Blvd<br>Suite 150<br>Redding, CA 96003 | 1/16/2013 | $99.40 | $0.00 |
| Mountain Lakes Senior Living,<br>4712 Mountain Lakes Blvd<br>Suite 150<br>Redding, CA 96003 | 1/16/2013 | $8,427.74 | $0.00 |
| Broyles Landscaping<br>8101 Commercial Landscaping<br>OR 97942 | 1/16/2013 | $120.00 | $0.00 |
| CBIZ, MHM<br>10616 Scripps Summit Court<br>San Diego, CA 92131 | 1/16/2013 | $3,750.00 | $0.00 |
| Cintas Corporation<br>P.O. Box 686<br>Vista, CA 92029 | 1/16/2013 | $238.33 | $0.00 |
| Cox Cable<br>P.O. Box 659004<br>Chula Vista, CA 91910 | 1/16/2013 | $2,130.00 | $0.00 |

B 7 (12/12)                                                                                                                    6

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **FedEx**<br>**344 E H St #1404-7**<br>**Chula Vista, CA 91910** | **1/16/2013** | **$19.12** | **$0.00** |
| **S&S Bakery**<br>**2545 Britannia Blvd.**<br>**San Diego, CA 92154** | **1/16/2013** | **$74.70** | **$0.00** |
| **US Foodservice**<br>**3565 Del Rey Street**<br>**San Diego, CA 92109** | **1/16/2013** | **$2,563.79** | **$0.00** |
| **Briggs, Inc**<br>**14549 Grover St**<br>**Omaha, NE 68144** | **1/23/2013** | **$116.42** | **$0.00** |
| **Cintas Corporation**<br>**P.O. Box 686**<br>**Vista, CA 92029** | **1/23/2013** | **$151.40** | **$0.00** |
| **City National of City**<br>**1243 National City Blvd.**<br>**National City, CA 91950** | **1/23/2013** | **$237.00** | **$0.00** |
| **Cox Cable**<br>**P.O. Box 659004**<br>**Chula Vista, CA 91910** | **1/23/2013** | **$1,775.00** | **$0.00** |
| **Ecolab**<br>**9030 Kenamar Drive**<br>**San Diego, CA 92121** | **1/23/2013** | **$214.73** | **$0.00** |
| **FedEx**<br>**344 E H St #1404-7**<br>**Chula Vista, CA 91910** | **1/23/2013** | **$46.32** | **$0.00** |
| **Keepsake Concepts**<br>**7128 Miramar Rd**<br>**San Diego, CA 92121** | **1/23/2013** | **$1,647.50** | **$0.00** |
| **M&H Foodservice**<br>**7505 Britannia Court**<br>**San Diego, CA 92154** | **1/23/2013** | **$225.80** | **$0.00** |
| **Personnel Concepts**<br>**3200 E. Guasti Rd, Suite 300**<br>**Ontario, CA 91761** | **1/23/2013** | **$247.10** | **$0.00** |
| **Premium Medical Transportation**<br>**606 Blackshaw Ln. # 23**<br>**San Ysidro, CA 92173** | **1/23/2013** | **$115.00** | **$0.00** |
| **Quill Corp**<br>**100 Schelter Rd**<br>**Lincolnshire, IL 60069** | **1/23/2013** | **$223.57** | **$0.00** |
| **S&S Bakery**<br>**2545 Britannia Blvd.**<br>**San Diego, CA 92154** | **1/23/2013** | **$135.55** | **$0.00** |
| **SDI Mangement**<br>**P.O. Box 166**<br>**Rocklin, CA 95677** | **1/23/2013** | **$138.63** | **$0.00** |
| **US Foodservice**<br>**3565 Del Rey Street**<br>**San Diego, CA 92109** | **1/23/2013** | **$1,750.03** | **$0.00** |

B 7 (12/12)                                                                                                                                    7

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Pitney Bowes<br>1 Elmcroft Road<br>Stamford, CT 06926 | 1/28/2013 | $40.00 | $0.00 |
| Cintas Corporation<br>P.O. Box 686<br>Vista, CA 92029 | 1/30/2013 | $144.15 | $0.00 |
| Cox Cable<br>P.O. Box 659004<br>Chula Vista, CA 91910 | 1/30/2013 | $1,229.42 | $0.00 |
| HD Supply<br>PO Box 509055<br>San Diego, CA 92150 | 1/30/2013 | $375.22 | $0.00 |
| FedEx<br>344 E H St #1404-7<br>Chula Vista, CA 91910 | 1/302013 | $19.58 | $0.00 |
| M&H Foodservice<br>7505 Britannia Court<br>San Diego, CA 92154 | 1/30/2013 | $176.10 | $0.00 |
| McKesson Medical<br>One Post Street<br>San Francisco, CA 94104 | 1/30/2013 | $483.63 | $0.00 |
| Premium Medical Transportation<br>606 Blackshaw Ln. # 23<br>San Ysidro, CA 92173 | 1/30/2013 | $245.00 | $0.00 |
| Sweetwater Authority<br>505 Garrett Avenue<br>Chula Vista, CA 91910 | 1/30/2013 | $1,175.92 | $0.00 |
| Sweetwater Authority<br>505 Garrett Avenue<br>Chula Vista, CA 91910 | 1/30/2013 | $76.00 | $0.00 |
| S&S Bakery<br>2545 Britannia Blvd.<br>San Diego, CA 92154 | 1/30/2013 | $49.50 | $0.00 |
| US Foodservice<br>3565 Del Rey Street<br>San Diego, CA 92109 | 1/30/2013 | $1,754.05 | $0.00 |
| Pitney Bowes<br>1 Elmcroft Road<br>Stamford, CT 06926 | 1/31/2013 | $66.09 | $0.00 |
| Mountain Lakes Senior Living,<br>4712 Mountain Lakes Blvd<br>Suite 150<br>Redding, CA 96003 | 1/31/2013 | $8,246.98 | $0.00 |
| A Place for Mom<br>1300 Dexter Ave., North<br>Suite 400<br>Seattle, WA 98109 | 1/31/2013 | $1,947.50 | $0.00 |
| Air Exhaust<br>P.O. Box 1166<br>Lemon Grove, CA 91946 | 1/31/2013 | $395.00 | $0.00 |

B 7 (12/12)                                                                                                                    8

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Asher Business System<br>8649 Lake Forrest Drive<br>Douglasville, GA 30134 | 1/31/2013 | $34.00 | $0.00 |
| AT & T<br>P.O. Box 8212<br>Aurora, IL 60572-8212 | 1/22/2013 | $191.94 | $0.00 |
| Cintas Corporation<br>P.O. Box 686<br>Vista, CA 92029 | 1/25/2013 | $144.15 | $0.00 |
| Coltrane Fire Protection<br>8620 Big Rock Rd<br>Santee, CA 92071 | 1/26/2013 | $495.00 | $0.00 |
| Edco Disposal Services<br>6670 Federal Blvd<br>Lemon Grove, CA 91945 | 1/31/2013 | $221.82 | $0.00 |
| FedEx<br>344 E H St #1404-7<br>Chula Vista, CA 91910 | 1/25/2013 | $33.72 | $0.00 |
| G5 Marketing<br>550 NW Franklin Avenue, Suite 200<br>Bend, OR 97701 | 1/31/2013 | $25.76 | $0.00 |
| Air Exhaust<br>P.O. Box 1166<br>Lemon Grove, CA 91946 | 12/5/2012 | $395.00 | $0.00 |
| Care Placement<br>3691 Via Mercado #16<br>La Mesa, CA 91941 | 12/3/2012 | $1,571.25 | $0.00 |
| CBIZ, MHM<br>10616 Scripps Summit Court<br>San Diego, CA 92131 | 12/5/2012 | $1,000.00 | $0.00 |
| Cintas Corporation<br>P.O. Box 686<br>Vista, CA 92029 | 12/5/2012 | $120.09 | $0.00 |
| Coltrane Fire Protection<br>8620 Big Rock Rd<br>Santee, CA 92071 | 12/5/2012 | $113.00 | $0.00 |
| G5 Marketing<br>550 NW Franklin Avenue, Suite 200<br>Bend, OR 97701 | 12/5/2012 | $280.00 | $0.00 |
| FedEx<br>344 E H St #1404-7<br>Chula Vista, CA 91910 | 12/5/2012 | $32.83 | $0.00 |
| Kone, Inc.<br>1 Kone Ct<br>Moline, IL 61265 | 12/5/2012 | $3,000.00 | $0.00 |
| M&H Food Source<br>7505 Britannia Court<br>San Diego, CA 92154 | 12/5/2012 | $480.00 | $0.00 |
| National Pen<br>12121 Scripps Summit Dr, #200<br>San Diego, CA 92131 | 12/5/2012 | $358.60 | $0.00 |

B 7 (12/12)                                                                                          9

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Quill Corp<br>100 Schelter Rd<br>Lincolnshire, IL 60069 | 12/5/2012 | $76.97 | $0.00 |
| S&S Bakery<br>2545 Britannia Blvd.<br>San Diego, CA 92154 | 12/5/2012 | $94.95 | $0.00 |
| San Diego Humane Society<br>5500 Gaines Street<br>San Diego, CA 92110 | 12/5/2012 | $40.00 | $0.00 |
| SDG&E<br>P.O. Box 25111<br>Santa Ana, CA 92799-5111 | 12/5/2012 | $7,088.03 | $0.00 |
| US Foodservice<br>3565 Del Rey Street<br>San Diego, CA 92109 | 12/5/2012 | $2,051.72 | $0.00 |
| Mountain Lakes Senior Living,<br>4712 Mountain Lakes Blvd<br>Suite 150<br>Redding, CA 96003 | 12/12/2012 | $83.33 | $0.00 |
| Mountain Lakes Senior Living,<br>4712 Mountain Lakes Blvd<br>Suite 150<br>Redding, CA 96003 | 12/12/2012 | $7,487.99 | $0.00 |
| AT & T<br>P.O. Box 8212<br>Aurora, IL 60572-8212 | 12/12/2012 | $200.61 | $0.00 |
| Care Placement<br>3691 Via Mercado #16<br>La Mesa, CA 91941 | 12/12/2012 | $23.57 | $0.00 |
| Cintas Corporation<br>P.O. Box 686<br>Vista, CA 92029 | 12/12/2012 | $115.09 | $0.00 |
| Cox Cable<br>P.O. Box 659004<br>Chula Vista, CA 91910 | 12/12/2012 | $1,145.40 | $0.00 |
| Cox Cable<br>P.O. Box 659004<br>Chula Vista, CA 91910 | 12/12/2012 | $33.00 | $0.00 |
| Ecolab<br>9030 Kenamar Dr.<br>San Diego, CA 92121 | 12/12/2012 | $214.24 | $0.00 |
| Edco Disposal Services<br>6670 Federal Blvd<br>Lemon Grove, CA 91945 | 12/12/2012 | $221.82 | $0.00 |
| FedEx<br>344 E H St #1404-7<br>Chula Vista, CA 91910 | 12/12/2012 | $70.69 | $0.00 |
| Martin Vogue In Flowers<br>2419 E Plaza Blvd<br>National City, CA 91950 | 12/12/2012 | $76.13 | $0.00 |

B 7 (12/12)                                                                                                          10

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| McKesson Medical<br>One Post Street<br>San Francisco, CA 94104 | 12/12/2012 | $230.64 | $0.00 |
| SCI<br>5376 Conroy Rd<br>Orlando, FL 32811 | 12/5/2012 | $1,300.32 | $0.00 |
| SCI<br>5376 Conroy Rd<br>Orlando, FL 32811 | 12/5/2012 | $315.00 | $0.00 |
| Seniorliving.net<br>PO Box 670298<br>Dallas, TX 75267-0298 | 12/5/2012 | $2,596.75 | $0.00 |
| Premium Medical Transportation<br>270 E. Douglas Ave, Suite 101<br>El Cajon, CA 92020 | 12/12/2012 | $185.00 | $0.00 |
| Diane Polinsky<br>17571 Matinal Road<br>San Diego, CA 92127 | 12/12/2012 | $80.00 | $0.00 |
| Jamie Frazier c/o Plaza Village<br>950 L Ave<br>National City, CA 91950 | 12/12/2012, 1/9/2013, | $94.77 | $0.00 |
| Marla Lipsky<br>1100 Garden View Rd<br>Encinitas, CA 92024 | 12/12/2012 | $100.00 | $0.00 |
| Quill Corp<br>100 Schelter Rd<br>Lincolnshire, IL 60069 | 12/12/2012 | $53.53 | $0.00 |
| S&S Bakery<br>2545 Britannia Blvd.<br>San Diego, CA 92154 | 12/12/2012 | $54.45 | $0.00 |
| Shamrock Press<br>7677 Ronson Rd, Suite 208<br>San Diego, CA 92111 | 12/12/2012 | $171.32 | $0.00 |
| Sweetwater Authority<br>PO BOX 2328<br>Chula Vista, CA 91912 | 12/12/2012 | $1,058.64 | $0.00 |
| Sweetwater Authority<br>PO BOX 2328<br>Chula Vista, CA 91912 | 12/12/2012 | $76.00 | $0.00 |
| US Foodservice<br>PO BOX 100131<br>Pasadena, CA 91189-0131 | 12/12/2012 | $2,649.53 | $0.00 |
| RF Technologies<br>PO BOX 1170<br>Milwaukee, WI 53201-1170 | 12/17/2012 | $690.00 | $0.00 |
| Andy Wilkholm<br>4983 Old Cliffs Rd<br>San Diego, CA 92120 | 12/12/2012 | $105.00 | $0.00 |
| 112 Conusltant<br>698 Conservation Way<br>Shepherdstown, WV 25443 | 12/20/2012 | $138.92 | $0.00 |

B 7 (12/12)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Asher Business System**<br>**8649 Lake Forrest Drive**<br>**Douglasville, GA 30134** | **12/20/2012** | **$36.00** | **$0.00** |
| **Broyles Landscaping**<br>**6333 Riverdale Street**<br>**San Diego, CA 92120** | **12/20/2012** | **$120.00** | **$0.00** |
| **Cintas Corporation**<br>**P.O. Box 686**<br>**Vista, CA 92029** | **12/20/2012** | **$196.99** | **$0.00** |
| **Controlled Entry Specialist**<br>**2739 Via Orange Way, #105**<br>**Spring Valley, CA 91978** | **12/20/2012** | **$589.00** | **$0.00** |
| **Cox Cable**<br>**P.O. Box 659004**<br>**Chula Vista, CA 91910** | **12/20/2012** | **$2,130.00** | **$0.00** |
| **FedEx**<br>**344 E H St #1404-7**<br>**Chula Vista, CA 91910** | **12/20/2012** | **$38.33** | **$0.00** |
| **G5 Marketing**<br>**Dept LA 23988**<br>**Pasadena, CA 91185-3988** | **12/20/2012** | **$280.00** | **$0.00** |
| **HD Supply**<br>**PO BOX 509058**<br>**San Diego, CA 92150** | **12/20/2012** | **$410.76** | **$0.00** |
| **HPSI Menu Service**<br>**1 Ada, Suite 150**<br>**Irvine, CA 92618** | **12/20/2012** | **$650.00** | **$0.00** |
| **Lloyd Pest Control**<br>**1331 Morena Blvd Suite 300**<br>**San Diego, CA 92110** | **12/20/2012** | **$95.00** | **$0.00** |
| **M&H Food Source**<br>**7505 Britannia Court**<br>**San Diego, CA 92154** | **12/20/2012** | **$154.00** | **$0.00** |
| **Nelson Frances**<br>**4923 Fir St.**<br>**San Diego, CA 92102** | **12/20/2012** | **$2,274.12** | **$0.00** |
| **Network Telephone**<br>**11373 Kelowna Rd**<br>**San Diego, CA 92126** | **12/12/2012, 12/20/2012** | **$486.70** | **$0.00** |
| **On Hold Concepts**<br>**7121 27th St W**<br>**Tacoma, WA 98466-4623** | **12/20/2012** | **$19.00** | **$0.00** |
| **Power Communications**<br>**4627 Mission Gorge Pl, Suite A**<br>**San Diego, CA 92120** | **12/20/2012** | **$150.00** | **$0.00** |
| **Premium Medical Transportation**<br>**270 E. Douglas Ave, Suite 101**<br>**El Cajon, CA 92020** | **12/20/2012** | **$175.00** | **$0.00** |
| **Quill Corp**<br>**100 Schelter Rd**<br>**Lincolnshire, IL 60069** | **12/20/2012** | **$131.78** | **$0.00** |

B 7 (12/12)                                                                                                    12

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **S&S Bakery**<br>**2545 Britannia Blvd.**<br>**San Diego, CA 92154** | **12/20/2012** | **$70.20** | **$0.00** |
| **Safety Outlook System**<br>**PO BOX 12480**<br>**El Cajon, CA 92022** | **12/20/2012** | **$95.00** | **$0.00** |
| **US Foodservice**<br>**PO BOX 100131**<br>**Pasadena, CA 91189-0131** | **12/20/2012** | **$1,111.19** | **$0.00** |
| **Vitals Software**<br>**PO BOX 4120** | **12/20/2012** | **$100.00** | **$0.00** |
| **Gershman Morgage**<br>**2336 Montgomery**<br>**Cardiff by the Sea, CA 92007** | **12/20/2012** | **$8,045.93** | **$0.00** |
| **Cox Cable**<br>**P.O. Box 659004**<br>**Chula Vista, CA 91910** | **11/7/2012** | **$1,148.00** | **$0.00** |
| **McKesson Medical**<br>**One Post Street**<br>**San Francisco, CA 94104** | **11/7/2012** | **$621.61** | **$0.00** |
| **RF Technologies**<br>**PO BOX 1170**<br>**Milwaukee, WI 53201-1170** | **11/7/2012** | **$1,726.64** | **$0.00** |
| **Asher Business System**<br>**8649 Lake Forrest Drive**<br>**Douglasville, GA 30134** | **11/7/2012** | **$37.00** | **$0.00** |
| **Cintas Corporation**<br>**P.O. Box 686**<br>**Vista, CA 92029** | **11/7/2012** | **$196.99** | **$0.00** |
| **FedEx**<br>**344 E H St #1404-7**<br>**Chula Vista, CA 91910** | **11/7/2012** | **$19.12** | **$0.00** |
| **Jamie Frazier c/o Plaza Village**<br>**950 L Ave**<br>**National City, CA 91950** | **11/7/2012** | **$181.24** | **$0.00** |
| **G5 Marketing**<br>**Dept LA 23988**<br>**Pasadena, CA 91185-3988** | **11/7/2012** | **$304.33** | **$0.00** |
| **Phil Gates**<br>**7717 Calle Madero**<br>**Carlsbad, CA 92009** | **11/7/2012, 1/9/2013** | **$140.00** | **$0.00** |
| **Tami Gorrie**<br>**c/o Plaza Village**<br>**950 L Ave.**<br>**National City, CA 91950** | **11/7/2012, 1/9/2013** | **$190.86** | **$0.00** |
| **Adrianne Hart**<br>**7919 Lake Andrita Ave**<br>**San Diego, CA 92119** | **11/7/2012** | **$125.00** | **$0.00** |
| **Lloyd Pest Control**<br>**1331 Morena Blvd Suite 300**<br>**San Diego, CA 92110** | **11/7/2012** | **$95.00** | **$0.00** |

B 7 (12/12)                                                                                      13

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| M&H Food Source 7505 Britannia Court San Diego, CA 92154 | 11/7/2012 | $73.60 | $0.00 |
| Dominic Pizarro 6055 Estelle Street #1 San Diego, CA 92115 | 11/7/2012 | $85.00 | $0.00 |
| Premium Medical Transportation 270 E. Douglas Ave El Cajon, CA 92020 | 11/7/2012 | $415.00 | $0.00 |
| Real Page Inc PO Box 671777 Dallas, TX 75267-1777 | 11/7/2012 | $23.96 | $0.00 |
| RF Technologies PO BOX 1170 Milwaukee, WI 53201-1170 | 11/7/2012 | $1,726.64 | $0.00 |
| Ron's Pharmacy 6225 Nancy Ridge Drive San Diego, CA 92121 | 11/7/2012 | $101.63 | $0.00 |
| S&S Bakery 2545 Britannia Blvd. San Diego, CA 92154 | 11/7/2012 | $51.00 | $0.00 |
| Safety Outlook System PO BOX 12480 El Cajon, CA 92022 | 11/7/2012 | $95.00 | $0.00 |
| SCI 5376 Conroy Rd Orlando, FL 32811 | 11/7/2012 | $1,517.34 | $0.00 |
| Richard Thompson 5480 Marengo Ave #S-13 La Mesa, CA 91942 | 11/7/2012 | $50.00 | $0.00 |
| US Foodservice PO BOX 100131 Pasadena, CA 91189-0131 | 11/7/2012 | $1,562.73 | $0.00 |
| Andy Wilkholm 4983 Old Cliffs Rd San Diego, CA 92120 | 11/7/2012 | $70.00 | $0.00 |
| Mountain Lakes Senior Living, 4712 Mountain Lakes Blvd Suite 150 Redding, CA 96003 | 11/14/2012 | $7,078.28 | $0.00 |
| Academy Backflow PO BOX 364 Jamul, CA 91935 | 11/14/2012 | $336.16 | $0.00 |
| Air Exhaust P.O. Box 1166 Lemon Grove, CA 91946 | 11/14/2012 | $395.00 | $0.00 |
| Assisted Transition 24881 Alicia Parkway Laguna Hills, CA 92653 | 11/14/2012 | $2,011.75 | $0.00 |
| Franchise Tax Board P.O. Box 942867 Sacramento, CA 94240 | 11/14/2012 | $2,760.59 | $0.00 |

B 7 (12/12)                                                                                                      14

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| AT & T<br>P.O. Box 8212<br>Aurora, IL 60572-8212 | 11/14/2012 | $368.28 | $0.00 |
| Cintas Corporation<br>P.O. Box 686<br>Vista, CA 92029 | 11/14/2012 | $126.09 | $0.00 |
| Cox Cable<br>P.O. Box 659004<br>Chula Vista, CA 91910 | 11/14/2012 | $66.00 | $0.00 |
| Edco Disposal Services<br>6670 Federal Blvd<br>Lemon Grove, CA 91945 | 11/14/2012 | $221.82 | $0.00 |
| FedEx<br>344 E H St #1404-7<br>Chula Vista, CA 91910 | 11/14/2012 | $6.16 | $0.00 |
| HD Suply<br>PO BOX 509058<br>San Diego, CA 92150 | 11/14/2012 | $31.16 | $0.00 |
| Lawrence Tax Service<br>5650 El Camino Real<br>Ste. 225<br>Carlsbad, CA 92008-7147 | 11/14/2012 | $450.00 | $0.00 |
| M&H Food Source<br>7505 Britannia Court<br>San Diego, CA 92154 | 11/14/2012 | $103.40 | $0.00 |
| Premium Medical Transportation<br>270 E. Douglas Ave, Suite 101<br>El Cajon, CA 92020 | 11/14/2012 | $180.00 | $0.00 |
| S&S Bakery<br>2545 Britannia Blvd.<br>San Diego, CA 92154 | 11/14/2012 | $74.60 | $0.00 |
| US Foodservice<br>PO BOX 100131<br>Pasadena, CA 91189-0131 | 11/14/2012 | $1,632.04 | $0.00 |
| Amazon.com<br>P.O. Box 689020<br>Des Moines, IA 50368-9020 | 11/20/2012 | $562.52 | $0.00 |
| Always Best Care<br>278 Town Center Parkway<br>Santee, CA 92071 | 11/21/2012 | $847.50 | $0.00 |
| Briggs, Inc<br>PO BOX 1355<br>Des Moines, IA 50306-1355 | 11/21/2012 | $79.39 | $0.00 |
| Cintas Corporation<br>P.O. Box 686<br>Vista, CA 92029 | 11/21/2012 | $240.18 | $0.00 |
| Ecolab<br>P.O. Box 50306-1355<br>Pasadena, CA 91189-0512 | 11/21/2012 | $552.49 | $0.00 |
| FedEx<br>344 E H St #1404-7<br>Chula Vista, CA 91910 | 11/21/2012 | $84.50 | $0.00 |

B 7 (12/12)                                                                                                                    15

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| HD Supply<br>PO Box 509055<br>San Diego, CA 92150 | 11/21/2012 | $33.28 | $0.00 |
| Lawrence Tax Service<br>5650 El Camino Real<br>Ste. 225<br>Carlsbad, CA 92008-7147 | 11/21/2012 | $450.00 | $0.00 |
| Marla Lipsky<br>1100 Garden View Rd<br>Encinitas, CA 92024 | 11/21/2012 | $1,000.00 | $0.00 |
| M&H Food Source<br>7505 Britannia Court<br>San Diego, CA 92154 | 11/21/2012 | $179.90 | $0.00 |
| McKesson Medical<br>One Post Street<br>San Francisco, CA 94104 | 11/21/2012 | $1,147.19 | $0.00 |
| Premium Medical Transportation<br>270 E. Douglas Ave, suite 101<br>El Cajon, CA 92020 | 11/21/2012 | $80.00 | $0.00 |
| Quill Corp<br>100 Schelter Rd<br>Lincolnshire, IL 60069 | 11/21/2012 | $282.07 | $0.00 |
| S&S Bakery<br>2545 Britannia Blvd.<br>San Diego, CA 92154 | 11/21/2012 | $166.45 | $0.00 |
| SNF Forms<br>PO BOX 4390<br>Garden Grove, CA 92842 | 11/21/2012 | $68.08 | $0.00 |
| SDI Mangement<br>P.O. Box 166<br>Rocklin, CA 95677 | 11/21/2012 | $187.50 | $0.00 |
| US Foodservice<br>PO BOX 100131<br>Pasadena, CA 91189-0131 | 11/21/2012 | $1,657.16 | $0.00 |
| AFCO<br>Dept LA 21315<br>Pasadena, CA 91185 | 11/21/2012 | $2,437.04 | $0.00 |
| Asher Business System<br>8649 Lake Forrest Drive<br>Douglasville, GA 30134 | 11/21/2012 | $74.00 | $0.00 |
| Broyles Landscaping<br>6333 Riverdale Street<br>San Diego, CA 92120 | 11/21/2012 | $120.00 | $0.00 |
| Care Placement<br>3691 Via Mercado #16  La Mesa<br>La Mesa, CA 91941 | 11/21/2012 | $1,721.25 | $0.00 |
| Cintas Corporation<br>P.O. Box 686<br>Vista, CA 92029 | 11/28/2012 | $323.08 | $0.00 |
| City National of City<br>1243 National City Blvd.<br>National City, CA 91950 | 11/28/2012 | $116.00 | $0.00 |

B 7 (12/12)                                                                                                                16

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Ecolab**<br>**P.O. Box 50306-1355**<br>**Pasadena, CA 91189** | **11/28/2012** | **$281.67** | **$0.00** |
| **FedEx**<br>**344 E H St #1404-7**<br>**Chula Vista, CA 91910** | **11/28/2012** | **$32.83** | **$0.00** |
| **G5 Marketing**<br>**Dept LA 23988**<br>**Pasadena, CA 91185** | **11/28/2012** | **$305.07** | **$0.00** |
| **HD Supply**<br>**PO BOX 509058**<br>**San Diego, CA 92150** | **11/28/2012** | **$25.42** | **$0.00** |
| **Marla Lipsky**<br>**1100 Garden View Rd**<br>**Encinitas, CA 92024** | **11/28/2012** | **$31.77** | **$0.00** |
| **Lloyd Pest Control**<br>**1331 Morena Blvd Suite 300**<br>**San Diego, CA 92110** | **11/28/2012** | **$95.00** | **$0.00** |
| **M&H Food Source**<br>**7505 Britannia Court**<br>**San Diego, CA 92154** | **11/28/2012** | **$105.80** | **$0.00** |
| **On Hold Concepts**<br>**7121 27th St W**<br>**Tacoma, WA 98466-4623** | **11/28/2012** | **$19.00** | **$0.00** |
| **Personnel Concepts**<br>**3200 E. Guasti Rd, Suite 300**<br>**Ontario, CA 91761** | **11/28/2012** | **$203.71** | **$0.00** |
| **Premium Medical Transportation**<br>**270 E. Douglas Ave, Suite 101**<br>**El Cajon, CA 92020** | **11/28/2012** | **$210.00** | **$0.00** |
| **S&S Bakery**<br>**2545 Britannia Blvd.**<br>**San Diego, CA 92154** | **11/28/2012** | **$144.65** | **$0.00** |
| **Safety Outlook System**<br>**PO BOX 12480**<br>**El Cajon, CA 92022** | **11/28/2012** | **$190.00** | **$0.00** |
| **US Foodservice**<br>**PO BOX 100131**<br>**Pasadena, CA 91189-0131** | **11/28/2012** | **$2,928.35** | **$0.00** |
| **Vitals Software**<br>**PO BOX 4120- #19366**<br>**Portland, OR 97208** | **11/28/2012** | **$100.00** | **$0.00** |
| **PEO Management**<br>**100 Second Ave. South**<br>**Saint Petersburg, FL 33701** | **12/5/12,12/19/2012,**<br>**12/31/2012, 1/4/2013,**<br>**1/16/2013,** | **$181,770.77** | **$0.00** |
| **On-hold Concepts**<br>**7121 27th St. W.**<br>**University Place, WA 98466** | **1/16/2013, 12/20/2013** | **$38.00** | **$0.00** |

None    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of
■       creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
        spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B 7 (12/12)                                                                                                                          17

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
■
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

B 7 (12/12)                                                                                                                                18

---

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Office of Andrew H. Griffin, III** 275 E. Douglas Ave. Ste. 112 El Cajon, CA 92020 | **March 11, 2013** | **$17,500.00** "CORRECTED" |

---

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

B 7 (12/12)                                                                                                          20

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■  Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

|  | NAME AND ADDRESS OF | DATE OF | ENVIRONMENTAL |
|---|---|---|---|
| SITE NAME AND ADDRESS | GOVERNMENTAL UNIT | NOTICE | LAW |

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■  the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

| NAME AND ADDRESS OF
GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
□  ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF
SOCIAL-SECURITY OR
OTHER INDIVIDUAL
TAXPAYER-I.D. NO.
(ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND
ENDING DATES |
|---|---|---|---|---|
| Plaza Village Senior
Living, LLC | 27-0442880 | 950 L Avenue
National City, CA 91950 | Elderly Living -Assisted
Living Residence | 4/30/2010 |

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

---

**19. Books, records and financial statements**

None  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
□  supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Lawrence Tax Service
5650 El Camino Real
Ste. 225
Carlsbad, CA 92008-7147 | April 2010 to present |

B 7 (12/12)                                                                                                                     21

<table>
<tr><td>None<br>☐</td><td>b. List all firms or individuals who within the <b>two years</b> immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.</td></tr>
</table>

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Mayer Hoffman McCann P.C.** | **401 Plymouth Road, Suite 200 Plymouth Meeting, PA 19462** | **September  15, 2010** |

<table>
<tr><td>None<br>☐</td><td>c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.</td></tr>
</table>

| NAME | ADDRESS |
|---|---|
| **Lawrence Tax Service** | **5650 El Camino Real Ste. 225 Carlsbad, CA 92008-7147** |

<table>
<tr><td>None<br>■</td><td>d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within <b>two years</b> immediately preceding the commencement of this case.</td></tr>
</table>

NAME AND ADDRESS                                            DATE ISSUED

### 20. Inventories

<table>
<tr><td>None<br>■</td><td>a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.</td></tr>
</table>

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis)

<table>
<tr><td>None<br>■</td><td>b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.</td></tr>
</table>

DATE OF INVENTORY                              NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

<table>
<tr><td>None<br>■</td><td>a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.</td></tr>
</table>

NAME AND ADDRESS                    NATURE OF INTEREST          PERCENTAGE OF INTEREST

<table>
<tr><td>None<br>☐</td><td>b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.</td></tr>
</table>

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **B. Darryl Clubb P.O. Box** | **Managing Member** | **85%** |
| **Aaron Clubb** | **Member** | **15%** |

### 22 . Former partners, officers, directors and shareholders

<table>
<tr><td>None<br>■</td><td>a. If the debtor is a partnership, list each member who withdrew from the partnership within <b>one year</b> immediately preceding the commencement of this case.</td></tr>
</table>

NAME                              ADDRESS                              DATE OF WITHDRAWAL

B 7 (12/12)                                                                                                                                  22

None    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
☐       immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Thomas Rice**<br>**2336 Montgomery**<br>**Cardiff by the Sea, CA 92007** | **Member** | **March 8, 2013** |
| **Brian Uhlir**<br>**c/o Scott J. Putnam,**<br>**2334 Washington Ave Ste A**<br>**Redding, CA 96001** | **Member** | **March 15, 2013** |
| **Teresa M. Uhlir**<br>**2334 Washington Ave., Ste A**<br>**Redding, CA 96001** | **Member** | **March 15, 2013** |
| **C. Rick Jensen**<br>**c/o Scott J. Putnam**<br>**2334 Washington Ave., Ste. A**<br>**Redding, CA 96001** | **Member** | **March 15, 2013** |
| **Annette H. Jensen**<br>**c/o Scott J. Putnam**<br>**2334 Washington Ave., Ste A**<br>**Redding, CA 96001** | **Member** | **March 15, 2013** |

**23 . Withdrawals from a partnership or distributions by a corporation**

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■       in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
        commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■       group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
        of the case.

NAME OF PARENT CORPORATION                                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■       employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                                TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

B 7 (12/12)                                                                                                                          23

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date  **March 25, 2013**                               Signature    **/s/ B. Darryl Clubb**
                                                                     **B. Darryl Clubb**
                                                                     **Managing Member**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*