CSD 1100 [03/04/13]
Name, Address, Telephone No. & I.D. No.

Andrew H. Griffin, III, Esq.  S.B.N. 108378
Law Offices of Andrew H. Griffin, III
275 E. Douglas Avenue, Suite 112
El Cajon, California 92020
Tel. (619) 440-5000

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Plaza Village Senior Living, LLC,

Debtor.

BANKRUPTCY NO. 13-02723-PB11

## AMENDMENT

Presented herewith are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

- [ ] Petition
- [ ] Exhibit A to Voluntary Petition
- [ ] Exhibit C to Voluntary Petition
- [ ] Exhibit D - Individual Statement of Compliance with Credit Counseling
- [ ] Summary of Schedules
- [ ] Statistical Summary of Certain Liabilities and Related Data
- [ ] Schedule A & B - Schedule of Real or Personal Property
- [ ] Schedule C - Schedule of Property Claimed Exempt
- [✓] Schedule D, E, or F, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
    - [ ] Adding or deleting creditors (diskette required), changing amounts owed or classification of debt - $30.00 fee required. See instructions on reverse side.
    - [✓] Correcting or deleting other information. See instructions on reverse side.
- [ ] Schedule G - Schedule of Executory Contracts & Expired Leases
- [ ] Schedule H - Schedule of Co-Debtor
- [ ] Schedule I - Current Income of Individual Debtor(s)
- [ ] Schedule J - Current Expenditure of Individual Debtor(s)
- [ ] Statement of Financial Affairs
- [ ] Statement of Current Monthly Income and Means Test Calculation (Form B22A)
- [ ] Statement of Current Monthly Income (Form B22B)
- [ ] Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Form B22C)
- [ ] Other: _____

Dated: 4/04/2013            Signature /s/ Andrew H. Griffin, III, Esq.
                                                   Attorney for Debtor

### DECLARATION OF DEBTOR

I [We] Plaza Village Senior Living, LLC and _____, the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of ___2___ pages, and on the creditor matrix diskette, if any, is true and correct to the best of my [our] information and belief.

Dated: 4/04/13   /s/ Plaza Village Senior Living, LLC
                        Debtor                                            Joint Debtor
Darryl Clubb, Managing Member of Plaza Village Senior Living, LLC

CSD 1100                                                       REFER TO INSTRUCTIONS ON REVERSE SIDE

B6F (Official Form 6F) (12/07)

In re  **Plaza Village Senior Living, LLC**                                    Case No.  **13-02723-PB11**
                                           Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding unsecured claims without priority against the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Coast Contracting Corp<br>P.O. BOX 2003<br>Del Mar, CA 92014 | | NA | 11/25/11<br><br>Construction debt owed by the LLC | | | | 203,098.69 |
| ACCOUNT NO.<br><br>IDS<br>4422 Donald Ave.<br>San Diego, CA 92117 | | NA | 11/25/11<br><br>Loan to LLC | | | | 42,011.52 |
| ACCOUNT NO.<br><br>Pacific Horizon Mortgage Inv<br>c/o Pacific Horizon Financial,<br>10920 Via Frontera, Suite 230<br>San Diego, CA 92127 | | NA | April 30, 2010<br><br>Promissory note | | | X | 2,959,122.15 |

Sheet 1 of 2 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **Plaza Village Senior Living, LLC**    Case No    **13-02723-PB11**

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. (CORRECTED) Thomas Rice 3650 Bellagio Court Santa Rosa, CA 95404 | | NA | 11/25/2011 Loans to the LLC | | | | 47,013.71 |
| | | | Total (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | 3,251,246.07 |

Sheet 2 of 2 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

CSD 1100 (Page 2) [03/04/13]

# INSTRUCTIONS

A. Each amended page is to be in the same form as the original but is to contain ONLY THE INFORMATION TO BE CHANGED OR ADDED. Pages from the original document which are not affected by the change are not to be attached.
   1. Before each entry, specify the purpose of the amendment by inserting:
      a. "ADDED," if the information was missing from the previous document filed; or
      b. "CORRECTED," if the information modifies previously listed information; or
      c. "DELETED," if previously listed information is to be removed.
   2. At the bottom of each page, insert the word "AMENDED."
   3. Attach all pages to the cover page and, if a Chapter 7, 11, or 12 case, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. If a Chapter 13 case, serve a copy on the trustee; DO NOT serve a copy on the United States Trustee.
B. Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (diskette required when Amendment submitted on paper) or if altering the status or amount of a claim.

**AMENDMENTS THAT FAIL TO FOLLOW THESE INSTRUCTIONS MAY BE REFUSED**
**\*\* AMENDMENTS FILED AFTER THE CASE IS CLOSED ARE NOT ENTITLED TO A REFUND OF FEES \*\***

# CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on 4th day of April, 2013, I served a true copy of the within AMENDMENT by [describe here mode of service]

U.S. First Class Mail

on the following persons [set forth name and address of each person served] and/or as checked below:

[ ] Chpt. 7 Trustee:

(See attached Certificate of Service)

[✓] For Chpt. 7, 11, & 12 cases:

UNITED STATES TRUSTEE
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

[ ] For ODD numbered Chapter 13 cases:

THOMAS H. BILLINGSLEA, JR., TRUSTEE
530 "B" Street, Suite. 1500
San Diego, CA 92101

[ ] For EVEN numbered Chapter 13 cases:

DAVID L. SKELTON, TRUSTEE
525 "B" Street, Suite 1430
San Diego, CA 92101-4507

I certify under penalty of perjury that the foregoing is true and correct.

Executed on April 4, 2013
(Date)

/s/ Mercedes Hernandez
(Typed Name and Signature)

275 E. Douglas Avenue, Suite 112
(Address)

El Cajon, California 92020
(City, State, ZIP Code)

CSD 1100

Andrew H. Griffin, III, (State Bar Number 108378)
Law Offices of **ANDREW H. GRIFFIN, III**
275 E. Douglas Avenue, Suite 112
El Cajon, CA 92020-4547
(619) 440-5000 Telephone
(619) 440-5991 Facsimile
Griffinlaw@mac.com

Attorney for Debtor and Debtor in Possession,
Plaza Village Senior Living, LLC

## UNITED STATES BANKRUPTCY COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: ) | Case No.: 13-02723-PB11 |
| ) | |
| Plaza Village Senior Living, LLC, ) | **CERTIFICATE OF SERVICE VIA U.S.** |
| ) | **FIRST CLASS MAIL** |
| Debtor and Debtor in Possession. ) | |
| ) | |
| ) | |
| _____ ) | |

### CERTIFICATE OF SERVICE VIA U.S. FIRST CLASS MAIL

I, *MERCEDES HERNANDEZ* declare that I am, and was at the time of service of the papers herein referred to over the age of eighteen years and not a party to the action; and I am employed in the County of San Diego, California, within which county the subject mailing occurred. My business address is 275 E. Douglas Avenue, Suite 112, El Cajon, California 92020. I served the following document(s):

**CSD 1100 AMENDED SCHEDULE F**

X  (U.S. First Class Mail) by placing a copy thereof in a separate envelope for each addressee named hereafter, addressed to each such addressee respectively as follows:

112 Consultant
698 Conservation Way
Shepherdstown, WV 25443

AFCO
Dept LA 21315
Pasadena, CA 91185-1315

- 1 -
CERTIFICATE OF SERVICE VIA U.S. FIRST CLASS MAIL

- 2 -

| | |
|---|---|
| 1 | AT&T Wireless |
|   | P.O. Box 6463 |
| 2 | Carol Stream, IL 60197 |
| 3 | |
|   | Broyles Landscaping |
| 4 | 6333 Riverdale Street |
|   | San Diego, CA 92120 |
| 5 | |
| 6 | CBIZ, MHM |
|   | 10616 Scripps Summit Court, Suite 250 |
| 7 | San Diego, CA 92131 |
| 8 | Coast Contracting Corp |
|   | P.O. Box 2003 |
| 9 | Del Mar, CA 92014 |
| 10 | |
|    | Cox Communication San Diego |
| 11 | 5159 Federal Blvd. |
|    | San Diego, CA 92105 |
| 12 | |
| 13 | Del Mar Financial Group |
|    | 1442 Camino del Mar |
| 14 | Del Mar, CA 92014 |
| 15 | |
|    | Edco Disposal Services |
| 16 | 6670 Federal Blvd. |
|    | Lemon Grove, CA 91945 |
| 17 | |
| 18 | G5 Marketing |
|    | 550 NW Franklin Avenue, Suite 200 |
| 19 | Bend, OR 97701 |
| 20 | |
|    | Gershman Mortgage |
| 21 | 2336 Montgomery Avenue |
|    | Cardiff by the Sea, CA 92007 |
| 22 | |
|    | Gershman Mortgage |
| 23 | 7 N. Bemiston |
|    | Saint Louis, MO 63105 |
| 24 | |
| 25 | IDS |
|    | 4422 Donald Avenue |
| 26 | San Diego, CA 92117 |
| 27 | |
| 28 | |

- 2 -
CERTIFICATE OF SERVICE VIA U.S. FIRST CLASS MAIL

| | |
|---|---|
| 1 | Kone, Inc. |
| | 9850 Business Park Avenue |
| 2 | San Diego, CA 92131 |
| 3 | |
| | Mayer Hoffman McCann P.C. |
| 4 | 401 Plymouth Road, Suite 200 |
| | Plymouth Meeting, PA 19462 |
| 5 | |
| 6 | Mountain Lakes Senior Living, LLC |
| | P.O. Box 994574 |
| 7 | Redding, CA 96099 |
| 8 | |
| | Oh-hold Concepts |
| 9 | 7121 27th St W |
| | Tacoma, WA 98466 |
| 10 | |
| 11 | Pacific Horizon Mortgage Inv |
| | c/o Pacific Horizon Financial, |
| 12 | 10920 Via Frontera, Suite 230 |
| | San Diego, CA 92127 |
| 13 | |
| 14 | PEO Management |
| | 5367 Conroy Rd., Suite 300 |
| 15 | Orlando, FL 32811 |
| 16 | Phillip J. Giacinti, Jr., Esq. |
| | Procopio, Cory, Hargreaves & Savitch, LLP |
| 17 | 525 B Street, Suite 2200 |
| | San Diego, CA 92101 |
| 18 | |
| 19 | Pitney Bowes |
| | 1 Elmcroft Road |
| 20 | Stamford, CT 06926-0700 |
| 21 | |
| | Premium Medical Transportation |
| 22 | 270 E. Douglas Avenue, Suite 101 |
| | El Cajon, CA 92020 |
| 23 | |
| 24 | SDG&E |
| | P.O. Box 25111 |
| 25 | Santa Ana, CA 92799-5111 |
| 26 | Sweetwater Authority |
| | 505 Garrett Avenue |
| 27 | Chula Vista, CA 91910 |
| 28 | |

- 3 -
CERTIFICATE OF SERVICE VIA U.S. FIRST CLASS MAIL

- 4 -

The Hartford
P.O. Box 2907
Hartford, CT 06104-2907

Thomas Rice
3650 Bellagio Court
Santa Rosa, CA 95404

Vitals Software
2250 N. Rock Road, Suite 118-111
Wichita, KS 67226

Kristin T. Mihelic
Office of The United States Trustee
402 West Broadway, Suite 600
San Diego, California 92101-8511

I then sealed each envelope and, with the postage for first class mail thereon fully prepaid, deposited each in the United States mail at El Cajon, California, on April 4, 2013.

I declare under the penalty of perjury according to the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on April 4, 2013, in the County of San Diego, State of California.

                                      /s/ Mercedes Hernandez
                                      Mercedes Hernandez

- 4 -
CERTIFICATE OF SERVICE VIA U.S. FIRST CLASS MAIL